WILLIAM C. MORISON (No. 99981)
wcm@morisonprough.com
PHILIP D. WITTE (No. 112217)
pdw@morisonprough.com
MORISON & PROUGH, LLP
2540 Camino Diablo, Suite 100
Walnut Creek, CA  94597-3973
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
IRONSHORE SPECIALTY
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN ZURICH INSURANCE COMPANY, NORTHERN INSURANCE COMPANY OF NEW YORK and STEADFAST INSURANCE COMPANY,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>IRONSHORE SPECIALTY INSURANCE COMPANY and DOES 1-20 inclusive,<br><br>　　　　Defendants. | Case No. 2:14-cv-00060-TLN-KJN<br><br>ORDER FOR LEAVE FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT AND FURTHER AMEND COMPLAINT UNTIL MARCH 31, 2014 |

ORDER

Having considered the parties' Stipulation for Leave for Plaintiffs to File Second Amended Complaint and Further Amend Complaint until March 31, 2014, and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiffs are granted leave to file their Second Amended Complaint, a copy of which is attached to the Stipulation as Exhibit A.  The Second Amended Complaint shall be filed within one week of the date of this Order.  Ironshore's Answer to Plaintiffs' First Amended Complaint filed in the action captioned *American Zurich Insurance Company v. Ironshore Specialty Insurance Company*, Sacramento County Superior Court, Case No. 34-2013-00144949, before Ironshore removed that action to this Court [ECF #3, Exh. A],

/ / /

shall be deemed the Answer to the Second Amended Complaint.  The last day that Plaintiffs can further amend their Complaint is March 31, 2014.

Dated: January 28, 2014

                                      Troy L. Nunley
                                      United States District Judge